BENEDICT et al., Respondents, v. STANFORD, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1907.) Appeal from Special Term. Action by Seelye Benedict and others against Joseph M. Stanford. From an order granting an injunction, defendant appeals. Modified. C. E. Francis, for appellant. D. W. Richards, for respondents.

PER CURIAM. The order should be modified, by striking out the word "taking" from the enjoining clause, and by adding a clause to the effect that the injunction is granted upon condition that the plaintiffs increase their undertaking to $2,500 within five days from the

service of the order, as modified by this court, and that upon their failure so to do the motion for the injunction be denied, and, as modified, affirmed, without costs.

